# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA VALTIERRA, an individual; JAVIER ARRAZOLA, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES; CHARLES WUNDER; HELENE NORIEGA-GODOY; LISA TAGG; MATTHEW WHITELAW; and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. CV13-07562 CAS (Ex) <br> *Judge Christina A. Snyder - Ctrm 5* <br><br> DISCOVERY MATTER <br> *Referred to Mag. Judge Charles F. Eick* <br><br> [~~PROPOSED~~] PROTECTIVE ORDER RE PRIVILEGED DOCUMENTS AND THINGS |

IT IS SO ORDERED. The Stipulation for Protective Order is hereby approved and shall govern the disclosure in this action of all "Confidential Information," as that term is described in the foregoing Stipulation.

DATED: 10/14/14

_____
CHARLES F. EICK
United States Magistrate Judge