# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA VALTIERRA, an individual; JAVIER ARRAZOLA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; and DOES 6-10, inclusive,<br><br>Defendants. | Case No. CV 13-07562-CAS (Ex)<br><br>[Honorable Christina A. Snyder]<br><br>**[PROPOSED]~~ ORDER REGARDING DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

In light of the stipulation between the parties, this matter is hereby dismissed with prejudice. This dismissal constitutes a general mutual release of all claims and a mutual waiver of all costs, court fees, and attorneys' fees arising out of this litigation between these parties.

IT IS SO ORDERED.

DATED: December 29, 2015

_____
Honorable Christina A. Snyder
United States District Judge